**BRUCE A. BLAKEMAN**
County Executive



**THOMAS A. ADAMS**
County Attorney

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

April 27, 2022

**Via ECF and First Class Mail**

Hon. Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    Walker v. County of Nassau, et al.
               CV-19-1374 (JMA) (ARL)

Dear Judge Azrack:

      The Office of the Nassau County Attorney represents defendants County of Nassau, Police Officer Giattino, and Police Detective Sergeant Scalone in the above-referenced matter. Pursuant to section IV.G.2 of this Court's Individual Rules, this letter is sent to accompany the Courtesy Copies of Defendant's fully briefed motion for summary judgment.

      This package contains the following:

| Description of Document | Docket Entry ("DE") # |
|---|---|
| Notice of Motion for Summary Judgment | 41 |
| Movants' Rule 56.1 Statement | 41-1 |
| Certificate of Service for 56.1 Statement | 41-2 |
| Declaration in Support of Motion for Summary Judgment | 42 |
| Exhibit A – Complaint | 42-1 |
| Exhibit B – P.O. Giattino Deposition Transcript (double-sided) | 42-2 |
| Exhibit C – Det. Sgt. Scalone Deposition Transcript (double-sided) | 42-3 |
| Exhibit D – Det. Farrell Deposition Transcript (double-sided) | 42-4 |
| Exhibit E – Plaintiff's Deposition Transcript (double-sided) | 42-5 |
| Exhibit F – Detective Report – Farrell | 42-6 |
| Exhibit G – Police Report – McCarthy | 42-7 |
| Exhibit H – Police Reports – Cybul | 42-8 |
| Exhibit I – Arrest Report | 42-9 |
| Exhibit J – Felony Complaint | 42-10 |
| Exhibit K – MDT Report | 42-11 |
| Exhibit L – DA's Discovery | 42-12 |
| Exhibit M – Court Decision | 42-13 |
| Exhibit N – Charges Against Jordan | 42-14 |

| Exhibit O – Cheriese Jordan's Statement | 42-15 |
|---|---|
| Exhibit P – Order Reducing Charges to Misdemeanor | 42-16 |
| Memorandum of Law in Support of Motion for Summary Judgment | 43 |
| Plaintiff's Affidavit in Opposition to Summary Judgment | 44 |
| Plaintiff's Response to Movant's Rule 56.1 Statement | 44-1 |
| Memorandum of Law in Opposition to Summary Judgment | 45 |
| Reply Memorandum of Law in Further Support of Motion | 46 |
| Exhibit A – Notice of Claim | 46-1 |

Thank you for your time and consideration to this matter.

Respectfully submitted,

*Liora M. Ben-Sorek*
Liora M. Ben-Sorek
Deputy County Attorney

cc: Mark E. Nadjar, Esq. (Via ECF)