**BRUCE A. BLAKEMAN**
*County Executive*

**THOMAS A. ADAMS**
*County Attorney*

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

October 26, 2023

**Via ECF**

Hon. Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: Walker v. The County of Nassau, et al.
CV-19-1374 (JMA) (ARL)

Dear Judge Azrack:

The office of the Nassau County Attorney represents the County of Nassau, Police Officer Joseph Giattino and Detective Sergeant Scalone, defendants in the above-referenced lawsuit (hereinafter, the "Defendants").

As I discussed with your chamber by phone on October 25, 2023, the above referenced case has settled and closing papers have been exchanged. We are going through the process of creating and forwarding the settlement check to plaintiff's counsel.

Please contact me if you have questions.

Thank you for your time and attention to this matter.

Respectfully submitted,

*Thomas B. Ferris*
Thomas B. Ferris
Deputy County Attorney

cc: Mark Nadjar, Esq. (Via ECF)